In the Matter of the Application of the CITY OF NEW YORK, Acting by and through the Commissioner of Docks, etc. (Staten Island Proceeding.) FRANK C. MEBANE, as Receiver of SYMES FOUNDATION, INC., and Another, Appellants.—

* See App. Div. Rules, 2d Dept., rule 12.— [REP.

Motion for leave to appeal to the Court of Appeals denied.    Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.